IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:17-cv-63-NYW

DWAYNE ELLIOTT,

    Plaintiff,

v.

USA FARM LABOR, INC.

    Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Dwayne Elliott, through his counsel, dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and agreement of the parties. Plaintiff respectfully requests that the scheduling conference set for April 13, 2017 be vacated.

Respectfully submitted March 17, 2017.

    /s Matthew R. Baca
    Jenifer C. Rodriguez
    Matthew R. Baca
    Colorado Legal Services – Migrant Farm Worker Division
    1905 Sherman Street, Suite 400
    Denver, CO 80203
    Tel. (303) 866-9366
    Fax (303) 863-8589
    mbaca@colegalserv.org
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2017, I filed a true and correct copy of the foregoing NOTICE OF DISMISSAL WITH PREJUDICE with the Court via CM/ECF and emailed a copy to counsel for Defendant at the following address:

Wendel Hall
Hall Law Office, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C.  20005
T: (202) 661-2173
wendel@halllawoffice.net
*Attorney for Defendant*

                                              */s/ Matthew R. Baca*
                                              Matthew R. Baca